# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| IN RE: CANVASS OF ABSENTEE AND MAIL-IN BALLOTS OF NOVEMBER 3, 2020 GENERAL ELECTION; BUCKS COUNTY COURT OF COMMON PLEAS NO. 2020-05786 | : No. 173 MM 2020 <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF: DNC SERVICES CORPORATION/DEMOCRATIC NATIONAL COMMITTEE | : <br> : <br> : |
| IN RE: CANVASS OF ABSENTEE AND/OR MAIL-IN BALLOTS OF NOVEMBER 3, 2020 GENERAL ELECTION, PETITION OF DONALD J. TRUMP FOR PRESIDENT, INC. ET.AL. | : No. 174 MM 2020 <br> : <br> : <br> : <br> : <br> : <br> : |
| PETITION OF: BUCKS COUNTY BOARD OF ELECTIONS | : <br> : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2020, the Applications to Exercise Extraordinary Jurisdiction are hereby **DENIED**.